```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**TIM HOOVER AND HAZEL HOOVER**                                            **PLAINTIFFS**

VS.                                      CIVIL ACTION NO. 3:03CV700-WHB-JCS

**CHRIS ANDREW WISECARVER,**
**BILLY SCOTT BOYKIN, JR. AND**
**WASHINGTON MUTUAL FINANCE**
**OF MISSISSIPPI, LLC**                                                      **DEFENDANTS**

### OPINION AND ORDER

This cause is before the Court on the Motion to Dismiss for Failure to Prosecute, which was filed by Defendant Washington Mutual Finance of Mississippi, LLC. on June 20, 2006, under docket entry no. 34.  Plaintiff Tim Hoover failed to respond to the subject Motion, and the time limit for filing a Response has expired.[1]  Therefore, pursuant to the authority granted this Court under Rule 7.2(C)(2) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi,[2] the Court finds that the Motion to Dismiss is HEREBY GRANTED.  Defendant Washington Mutual Finance of Mississippi, LLC. is hereby dismissed from this case without prejudice.

SO ORDERED this the 14th day of August, 2006.

                                        s/ William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE
tct

---

[1] Plaintiff Hazel Hoover has been dismissed from this case.

[2] Rule 7.2(C)(2) states "[i]f a party fails to respond to any motion, other than a motion for summary judgment, within the time allotted, the court may grant the motion as unopposed."